Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Ms. Sharon-Shawn A. Bell v. Boston Municipal Court Judge James W. Coffey, et al

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

2026 MAR 19 PM 1:44

for the

District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

First Eastern (Boston) Division

)
)
)

Ms. Sharon-Shawn A. Bell )

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Boston Municipal Court Central Division, et al
Judge James W. Coffey
Clerk-Magistrate Daniel J. Hogan,
Assistant Clerk-Magistrate John Flanagan

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.     1:26-CV-_____

*(to be filled in by the Clerk's Office)*

Boston Municipal Court Central Division
Tenant "Mattress Larceny"
Dockets : #2601-CR-0835 & #2501-AC-6019-HR

* Criminal Case Does NOT Have To Be Finish For
"Abuse of Process" Emergency Hearing To Be Heard

# ABUSE OF PROCESS COMPLAINT AND REQUEST FOR INJUNCTION CM/ECF REQUEST

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Ms. Sharon-Shawn A. Bell |
| Street Address | 145 Commercial St Apt 503 |
| City and County | Boston   SUFFOLK COUNTY |
| State and Zip Code | Massachusetts   02109 |
| Telephone Number | (617) 987-9843 |
| E-mail Address | sharon.shawn_a_bell@icloud.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

*Bell v. Boston Judge J.W. Coffey*

Ms. Sharon-Shawn A. Bell v. Boston Municipal Court Judge James W. Coffey, et al

Defendant No. 1

| | |
|---|---|
| Name | Boston Municipal Court Central Division |
| Job or Title *(if known)* | Commonwealth of Massachusetts Prosecution |
| Street Address | 24 Chardon Street Edward W. Brooke Courthouse |
| City and County | Boston   SUFFOLK COUNTY |
| State and Zip Code | Massachusetts   02114 |
| Telephone Number | (617) 788-8600  / Fax (617) 788-8465 |
| E-mail Address *(if known)* | bmccentral@jud.state.ma.us |

Defendant No. 2

| | |
|---|---|
| Name | Judge James W. Coffey |
| Job or Title *(if known)* | First Justice  Arraignment - Rm 17, 5th Flr |
| Street Address | 24 Chardon Street Edward W. Brooke Courthouse |
| City and County | Boston   SUFFOLK COUNTY |
| State and Zip Code | Massachusetts   02114 |
| Telephone Number | (617) 788-8600  / Fax (617) 788-8465 |
| E-mail Address *(if known)* | bmccentral@jud.state.ma.us |

Defendant No. 3

| | |
|---|---|
| Name | Daniel  J. Hogan |
| Job or Title *(if known)* | Clerk-Magistrate |
| Street Address | 24 Chardon Street Edward W. Brooke Courthouse |
| City and County | Boston   SUFFOLK COUNTY |
| State and Zip Code | Massachusetts   02114 |
| Telephone Number | (617) 788-8600  / Fax (617) 788-8465 |
| E-mail Address *(if known)* | daniel.hogan@jud.state.ma.us |

Defendant No. 4

| | |
|---|---|
| Name | John Flanagan |
| Job or Title *(if known)* | Assistant Clerk-Magistrate |
| Street Address | 24 Chardon Street Edward W. Brooke Courthouse |
| City and County | Boston   SUFFOLK COUNTY |
| State and Zip Code | Massachusetts   02114 |
| Telephone Number | (617) 788-8600  / Fax (617) 788-8465 |
| E-mail Address *(if known)* | John.Flanagan@jud.state.ma.us |

3.19.2026

*Bell v. Boston Judge J.W. Coffey*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Ms. Sharon-Shawn A. Bell v. Boston Municipal Court Judge James W. Coffey, et al

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Abuse of Process MATTRESS Larceny under Massachusetts General Laws Chpt 269 Sect. 13A False Report to Police; MGL c. 266 § 30; MGL c. 12 § 11-H-11; 42 USC 1983; 28 USC 1331; 28 USC 4101 Defamation of Character; 5th Amendment Violation Denied Due Process in Superior Court (Lawsuit 2484-CV-1876 Bell v. Metro Housing Boston). ADA Title II

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* ------------------------N/A------------------------ , is a citizen of the

        State of *(name)* ------------------------N/A------------------------ .

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* ------------------------N/A------------------------ , is incorporated

        under the laws of the State of *(name)* ------------------------N/A------------------------ ,

        and has its principal place of business in the State of *(name)*

        ------------------------N/A------------------------ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* ------------------------N/A------------------------ , is a citizen of

        the State of *(name)* ------------------------N/A------------------------ . Or is a citizen of

        *(foreign nation)* ------------------------N/A------------------------ .

3.19.2026

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

*Bell v. Boston Judge J.W. Coffey*

Ms. Sharon-Shawn A. Bell v. Boston Municipal Court Judge James W. Coffey, et al

b.      If the defendant is a corporation

The defendant, *(name)* -------------------------N/A------------------- , is incorporated under

the laws of the State of *(name)* -------------------------N/A--------------------- , and has its

principal place of business in the State of *(name)* -------------------N/A---------------- .

Or is incorporated under the laws of *(foreign nation)* -------------------------N/A------------- ,

and has its principal place of business in *(name)* -------------------N/A---------------- .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1. I have a pending lawsuit in Suffolk County Superior Court against Metro Housing Boston RAFT program Discrimination ever Had a record and Defamation of Character (mattress, furniture and security deposit in 2024 transition from homelessness in my vehicle).
2. I'm filing a NEW lawsuit against Hampden County District Attorney Office false incarceration NEVER processed in WMRWCC Inmate #167309 jail system- Current Malicious Warrants 2024 Judge Kevin Maltby Abuse of Process Ten Million, Eight hundred and fifty dollars ($10.85M)
3. Boston Housing Authority and Landlord Peabody Properties in violation w/ HUD Section Rules forcing me pay for onsite Garage $500/mo parking SEPARATELY from HUD rent; Parking is MORE than HUD base contract rent COMBINED total is MORE than 1/3 income

III.

**CLAIM**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

UPS confirmed delivery of a mattress I ordered w/text & Picture of package. It had a different name, I called, UPS insisted my mattress was delivered. I called Amazon Marketplace who stated, they could not find my order, first representative said the delivery was a UPS mistake and to keep the mattress. I called again & recorded the call. The rep confirmed they could not find my mattress order, & asked me to open the box and give them the order number. I gave her the order number; she told me not to worry about "Norair Khachatryan", she will handle it. Amazon policy replaces loss packages. Norair Khachatryan is a scammer he/she was reimbursed by Amazon and possibly by UPS. Daniel Hogan received all pictures, emailed etc with Harvard Defenders still continued hearing. J. Flanagan FALSIFIED claim of MATTRESS LARCENY to cover-up Metro Housing Boston RAFT Homeless Transition Furniture /Apartment Security Deposit Discrimination lawsuit pending in Suffolk County Superior Court

B.      What date and approximate time did the events giving rise to your claim(s) occur?

1. October 09, 2026 Alleged MATTRESS LARCENY occurred; 2. October 16, 2026 Boston Police Dave Juba knocked on my door at 9 am and said "Mary' told him to do a check on me; 3. October 16, 2026 approx. 3 pm Christopher Columbus Plaza Apartments Peabody Properties Inc. called me and accused me of STEALING a tenant's mattress on the surveillance camera and ordered me to return it. I refused and she said she was pressing charges. I told her to do what you've got to do, hung up and sent her a screenshot of Amazon recorded conversation stating they would take care of Norair Khachatryan; 4. October 22, 2026 Boston Police filed MATTRESS LARCENY Application Complaint (2501AC006019-HR) same day I paid cash for my new SUV at Herb Chambers Dealership (State Police brought my license plate to the dealership.*See MA RMV Registration.

3.19.2026

pg 5 of 6

Bell v. Boston Judge J.W. Coffey

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Ms. Sharon-Shawn A. Bell v. Boston Municipal Court Judge James W. Coffey, et al

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Christopher Columbus Plaza Apartments Peabody Properties Inc. Management, Mary Beluzo. Peabody Properties Inc interest is discrimination and HUD violation. Boston Housing Authority (BHA) REFUSED to add the onsite garage parking fees to HUD Section 8 base contract rent. I have been paying for my garage parking SEPARATELY from my HUD Section 8 Contract Rent; which is ILLEGAL. Federal Lawsuit filed against BHA . Peabody Properties Inc Maintenance Mark Regan, M. Belahcen refused to complete maintenance service in my apartment and threaten me with legal action because they wanted rights to privacy in MY apartment, On paper they completed task but in actually NEVER completed work. This is reason enough stage a "Mattress Larceny). I gave the Harvard Defenders & emailed the BMC clerk the Amazon & UPS proof of Norair Khachatryan lie and SCAM.

The Clerk-Magistrate Daniel J. Hogan & Assistant Clerk-Magistrate John Flanagan were given Amazon Marketplace Screenshot recording ("Don't worry about it,

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

What It Means To Be Like Jesus in the 21st Century -LENT SEASON/EASTER

| Clerk-Magistrate Daniel J. Hogan | Jesus Trial | Assistant Clerk-Mag John Flanagan |
|---|---|---|
| False Witnesses Boston Police Dave Juba CCP Tenant- Norair Khachatryan Peabody Properties Inc. | Judas- "I have betrayed an innocent man." | Proceeded Malicious Mattress Larceny Indictment |
| Betrayers-- Harvard Defenders gathered information to find a loophole for indictment: THERE"S NONE | Many bore inconsistent false witnesses; NO CASE | Abuse of Process of Metro Housing Boston Discrimination lawsuit I filed in Suffolk County Superior Court |
| CM-Daniel J. Hogan Continue Application of Complaint | Pontius Pilate - "What crime has he committed? " I am innocent of this man's blood. The responsibility is yours! | |

Matthew 5:10-12 "Ye are blessed when men revile & persecute you & shall say all manner of evil against you FALSELY, for my sake [Christ], Rejoice and be exceeding glad: for great is your reward in heaven: so persecuted they the prophets which were before you.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief

1. Emergency Injunctive  Relief Temporary Restraining Order-TRO (Revoked ONLY if I actually commit a crime)
2. Stop Abuse of Process of my lawsuit in Suffolk County Superior Court against Metro Housing Boston R.A.F.T. Discrimination
3. INDEFINITE RECUSAL of Clerk-Magistrate Daniel J. Hogan & John Flanagan
4. Punitive Damages
5. Declaratory judgment- Boston Municipal Court Central Division Cost & Fees
6. Electronic Filing (CM/ECF)

Massachusetts Tort Claim Act Compensatory & Monetary damages for distress, harassment, Judicial Misconduct and defamation of character and other relief the Court deems

Ms. Sharon-Shawn A. Bell V. Boston Municipal Court et al

3.19.2026

P.6of6

*Bell v. Boston, Judge J.W. Coffey*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Ms. Sharon-Shawn A. Bell v. Boston Municipal Court Judge James W. Coffey, et al

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        March 18, 2026

Signature of Plaintiff

Printed Name of Plaintiff        Pro Se non-attorney Ms. Sharon-Shawn A. Bell

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

N/A

3.19.2026

*Bell v. BMC-Central Judge Coffey et al.*